**2002–2211. State ex rel. Tillis v. O'Neill.**

In Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

**2002–2232. State ex rel. Campbell v. Wilkinson.**

In Mandamus. On answer of respondent and motion for summary judgment. On S.Ct.Prac.R. X(5) determination, cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

O'CONNOR, J., would deny the motion for summary judgment.

**2003–0063. State ex rel. Chamber of Commerce of the United States of Am. v. Court of Appeals for Franklin Cty.**

In Mandamus and Prohibition. On S.Ct.Prac.R. X(5) determination, relator's motion for emergency stay, motion to intervene of Common Cause/Ohio, motions to dismiss of respondents Franklin County Court of Appeals and Ohio Elections Commission and its members, and relator's motion for admission pro hac vice.

IT IS HEREBY ORDERED that relator's motion for emergency stay be, and hereby is, DENIED.

RESNICK and COOK, JJ., not participating.

IT IS FURTHER ORDERED that the motion of Common Cause/Ohio be, and hereby is, GRANTED, and that it be, and hereby is, permitted to intervene as a respondent.

RESNICK and COOK, JJ., not participating.

IT IS FURTHER ORDERED that the motions of respondents Franklin County Court of Appeals and the Ohio Elections Commission and its members be, and hereby are, GRANTED, and that the cause be, and hereby is, DISMISSED. This renders moot relator's motion for admission pro hac vice.

F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

MOYER, C.J., concurs except that he would grant the motion for admission pro hac vice.

RESNICK and COOK, JJ., not participating.

**2003–0151. Pegg v. Ghee.**

In Habeas Corpus. On petition for writ of habeas corpus of Maurice S. Pegg. Sua sponte, cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

**2003–0158. Robinson v. Lane.**

In Habeas Corpus. On petition for writ of habeas corpus of Bennie Robinson. Sua sponte, cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

**2003–0208. Sevayega v. Bobby.**

In Habeas Corpus. On petition for writ of habeas corpus of Dr. Reginald Sevayega. Sua sponte, cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

**2003–0248. Wright v. Rose.**

In Habeas Corpus. On petition for writ of habeas corpus of John L. Wright. Sua sponte, cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**2002–0247. State ex rel. Mahoney v. Team America 3, Inc.**

Franklin App. No. 01AP–374. Sua sponte, cause to be set for oral argument.

**2002–1126. Allen v. Johnson.**

Wayne App. Nos. 01CA0046 and 01CA0047, 2002-Ohio-3404. On motion to consolidate with 2002–1433,

*Allen v. Johnson.* Wayne App. Nos. 01CA0046 and 01CA0047, 2002-Ohio-3404. Motion granted.

F.E. SWEENEY, J., dissents.

**2002–2033. State v. Wilson.**

Lucas App. No. L–01–1196, 2002-Ohio-5920. On review of order certifying a conflict. The court determines that a conflict exists. Sue sponte, cause consolidated with 2002–2086, *State v. Wilson,* Lucas App. No. L–01–1196, 2002-Ohio-5920; causes held for the decision in 2002–0201, *State v. Fisher,* Franklin App. No. 01AP–614, 2001-Ohio-8772; and briefing schedule stayed.

RESNICK, J., not participating.

**2002–2082. Midwestern Indemn. Co. v. Savage.**

Darke App. No. 02CA1584, 2002-Ohio-5593. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause consolidated with 2002–2058, *Midwestern Indemn. Co. v. Savage,* Darke App. No. 02CA1584, 2002-Ohio-5593; cause held for the decision in *Penn Traffic Co. v. AIU Ins. Co.,* Pike App. No. 00CA653, 2001-Ohio-2567; and briefing schedule stayed.

RESNICK, F.E. SWEENEY and LUNDBERG STRATTON, JJ., dissent.

**2003–0073. Jackson v. Bellomy.**

Franklin App. No. 01AP–1397, 2002-Ohio-6495. On amended motion for stay of court of appeals' judgment. Amended motion granted.

F.E. SWEENEY and PFEIFER, JJ., dissent.

**2003–0085. State ex rel. Commt. for the Referendum of Ordinance 3844–02 v. Norris.**

In Mandamus. On motion of Sugar Chestnut, LLC, Pulte Homes of Ohio, LLC, and Whitlatch & Co. to intervene as respondents. Motion granted.

On motion to dismiss of intervening respondents. Motion denied.

On motion to expedite. Motion denied.

PFEIFER, J., dissents.

Sua sponte, alternative writ granted.

**2003–0110. State v. Knox.**

Lorain App. No. 99CA007420. On motion for leave to file delayed appeal. Motion denied.

**2003–0155. Mentor v. Krejsa.**

Lake App. No. 2001–L–188, 2002-Ohio-7145. On motion for stay of court of appeals' judgment. Motion denied.

**2003–0174. State v. Tuomala.**

Ashtabula App. No. 2001–A–0088, 2002-Ohio-6936. On motion for stay of court of appeals' judgment. Motion granted.

PFEIFER, J., dissents.

**2003–0187. State v. Smith.**

Union App. No. 14–2000–18, 2002-Ohio-1784. On motion for leave to file delayed appeal. Motion denied.

**2003–0190. State v. Robison.**

Licking App. No. 02CA00015, 2002-Ohio-7216. On motion for stay of court of appeals' judgment. Motion denied.

**2003–0192. State v. Bennett.**

Summit App. No. 21121, 2003-Ohio-238. On motion for stay of court of appeals' judgment of January 22, 2003. Motion denied.

MOYER, C.J., dissents.

**2003–0204. State v. Sheppard.**

Hamilton App. No. C–000553. On motion for leave to file delayed appeal. Motion denied.

**2003–0222. State v. Myles.**

Marion App. No. 9–2000–93, 2001-Ohio-2216. On motion for leave to file delayed appeal. Motion denied.